IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

WILLIAM HENRY DUDLEY,
    Petitioner,

vs.                                 CASE NO.: 3:09cv375/RV/MD

UNITED STATES OF AMERICA,
    Respondent.
_____/

**O R D E R**

This cause comes on for consideration upon the magistrate judge's report and recommendation dated September 2, 2009. The petitioner previously has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1), and I have made a _de novo_ determination of those portions to which an objection has been made.

Having considered the report and recommendation and all objections thereto timely filed by the parties, I have determined that the report and recommendation should be adopted.

Accordingly, it is now ORDERED as follows:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2. The petition for writ of habeas corpus under § 2241 (doc. 1) is summarily denied.

DONE AND ORDERED this 8th day of October, 2009.

                                            /s/ _Roger Vinson_
                                            **ROGER VINSON**
                                            **SENIOR UNITED STATES DISTRICT JUDGE**